**No. 42029.**—Protest 171078–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) Normandy laces and embroidered articles were held dutiable at 75 percent under paragraph 1430.   Merchandise in chief value of cellulose filaments the same as those the subject of Abstract 37230 was held dutiable at 60 percent under paragraph 31.

BEFORE THE FIRST DIVISION, AUGUST 31, 1939

**No. 42030.**—Protest 971832–G of Wm. Filenes Sons Co. (Boston).

Opinion by McCLELLAND, P. J.   From the record it was found that the manikins in question are actually composed of papier mâché.   The claim at 25 percent under paragraph 1403 was therefore sustained.

**No. 42031.**—Protest 978307–G of Herman Plaut (New York).

Opinion by SULLIVAN, J.   The protest was submitted without the introduction of any evidence.   On the record presented it was overruled.

**No. 42032.**—Protest 948153–G of Dr. H. B. Eisenstadt (Galveston).

Opinion by SULLIVAN, J.   There was no appearance on the part of the plaintiff when the case was docketed for hearing.   As there was no evidence in the papers that the collector erred in his assessment the protest was overruled.

**No. 42033.**—Protests 811393–G, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 31, 1939

**No. 42034.**—Petition 5754–R of A. R. Tillotson (Laredo).

Opinion by TILSON, J.   Being satisfied from an examination of the record that the entry was without any intent to defraud the revenue of the United States or to conceal or misrepresent the facts, the court granted the petition.